UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23996-CIV-GOLD/TURNOFF

RAY CARROLL,

    Plaintiff,

v.

LOWES HOME CENTERS, INC.

    Defendant.

_____/

## ORDER DISMISSING AND CLOSING CASE

This cause is before the Court *sua sponte*. On May 5, 2014, I denied Plaintiff's Motion for Class Certification [ECF No. 51] and ordered the parties to show cause whether I had subject matter jurisdiction over the case. Lowe's contends I have jurisdiction, but argues Plaintiff dropped his claim for injunctive and declaratory relief under the Florida Deceptive and Unfair Trade Practices Act, and therefore the case should be dismissed. [ECF No. 53]. Plaintiff initially argued I do not have jurisdiction over the case and requested the case be remanded to state court [ECF No. 52], but later agreed the "the case should be dismissed in its entirety." [ECF No. 55]. It is hereby ORDERED and ADJUDGED as follows:

1. This case is **DISMISSED**.

2. The Clerk of Court is instructed to **CLOSE** this case.

DONE AND ORDERED in Chambers at Miami, Florida, this 3rd day of June, 2014.

                                              _____
                                              THE HONORABLE ALAN S. GOLD
                                              UNITED STATES DISTRICT COURT JUDGE

2

cc:    Magistrate Judge William C. Turnoff
       All Counsel of Record